UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Delmy Orellana-Hernandez
    Debtor

Case Number 17-03116
Chapter 13
Hon. John T. Gregg
Filed: June 27, 2017

_____/

## SECOND AMENDED CHAPTER 13 PLAN PRE-CONFIRMATION

**PREAMBLE**

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors: Your rights may be affected by this Plan. Your claim may be reduced, modified, or eliminated.**

    You should read this Plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

    If you oppose the Plan's treatment of your claim or any provision of this Plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this Plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any Plan.

    The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim, set out in Paragraph III.C.2.c and III.C.1.f., which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | x Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Paragraph IV.R. | ☐ Included | x Not included |
| Nonstandard provisions, set out in Paragraph IV.R. | X Included | Not included |

I. **PLAN PARAMETERS**

    A. **APPLICABLE COMMITMENT PERIOD (ACP) - 11 U.S.C. § 1325(b)(4).**

        ( ) The ACP is 60 months.

        (x) The ACP is 36 months. However, the duration of payments may be extended to complete the Plan.

    B. **LIQUIDATION ANALYSIS.**

        1. The amount to be distributed to holders of allowed unsecured claims shall not be less than the value of the non-exempt equity of the Debtor(s) less the costs of sale. The liquidation value of the estate as required by 11 U.S.C. § 1325(a)(4) is $9,539.00

        2. The estimated base amount to be paid to the general unsecured creditors is $9,539.00

II. **FUNDING**

    A. **PLAN PAYMENT.** The Debtor(s) shall make payments in the amount of $384.00 per ( ) week, (x) bi-weekly, ( ) semi-monthly, ( ) monthly, and/or ( ) other (see Additional Plan Payment Provisions) for the minimum of the ACP.

        ( ) Additional Plan Payment Provisions:

E.  **UNSECURED CREDITORS.**

    <u>General Unsecured Creditors</u>: Claims in this class are paid from funds available after payment to all other classes. The allowed claims of general unsecured creditors will be satisfied by:

    ( ) Payment of a dividend of 100%, plus present value of _____% interest, if necessary to satisfy

    11 U.S.C. § 1325(a)(4), **OR**

    (**X**) Payment of a pro-rata share of a fixed amount of $9,539.00 or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more. This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a). However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.

R.  <u>**NONSTANDARD PROVISIONS.**</u>

    **Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in this Model Plan or deviating from it. Nonstandard provisions set out elsewhere in this Plan are ineffective and void. The following Plan provisions will be effective only if there is a check in the box "Included" in the Preamble.**

**Debtor will retain $900.00 a year from her income tax return for home maintenance.**

**Provision IV.R. included in Debtor's First Amended Chapter 13 Plan Pre-Confirmation stating "Trustee will pay the arrearage on the Vehicle loan in the amount of $369.95 as a secured claim," is hereby stricken.**

BY FILING THIS DOCUMENT, THE ATTORNEY FOR THE DEBTOR(S) OR DEBTOR(S) THEMSELVES, IF NOT REPRESENTED BY AN ATTORNEY, ALSO CERTIFY(IES) THAT THE WORDING AND ORDER OF THE PROVISIONS IN THIS CHAPTER 13 PLAN ARE IDENTICAL TO THOSE CONTAINED IN THE APPROVED MODEL PLAN PURSUANT TO LOCAL BANKRUPTCY RULE 3015(d) FOR THE WESTERN DISTRICT OF MICHIGAN BANKRUPTCY COURT, OTHER THAN ANY NONSTANDARD PROVISIONS INCLUDED IN PARAGRAPH IV.

Date: 10/11/17

_____
Delmy Orellena-Hernandez, Debtor

Date: 10/11/17

_____
Ralph M. Reisinger, Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re: Delmy Ruth Orellana-Hernandez

Debtor

_____/

Case Number: 17-03116
Chapter 13
Judge: John T. Gregg
Filed: June 27, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the **Debtor's Second Pre-Confirmation Amended Chapter 13 Plan** was served upon the Debtors, US Trustee's Office and all of the required parties of record and/or listed on Debtor's Creditor Matrix to the above cause by either: Electronic Case Filing via the Court's Electronic Document Filing System, and/or United States First Class Mail, and/or Electronic Mail (E-Mail), and/or Facsimile and/or Overnight shipping with United States Overnight Mail and/or FedEx and/or Hand Delivery to all the parties at their respective addresses as disclosed by the pleadings of record herein, with postage fully prepaid thereon, on <u>October 11, 2017.</u>

_/s/ Patricia A. Troost_

Patricia A. Troost, Paralegal
4081 Cascade Road, Suite 600
Grand Rapids, Michigan 49546
616.323.3146 – Office
877.647.8276 – Facsimile
secretary@reisingerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 17-03116-jtg<br>Western District of Michigan<br>Grand Rapids<br>Wed Oct 11 15:22:04 EDT 2017 | Rivertown Community Federal Credit Union<br>P.O. Box 249<br>Grandville, MI 49468-0249 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Western District of Michigan<br>One Division Ave., N.<br>Room 200<br>Grand Rapids, MI 49503-3132 | ACI<br>2420 Sweet Home Rd Ste 150<br>Buffalo NY 14228-2244 | AFNI<br>P.O. Box 3427<br>Bloomington IL 61702-3427 |
| Account Receivables So<br>301 N Clinton Ave<br>Saint Johns MI 48879-1505 | Accounts Receivable Solutions<br>P.O. Box 184<br>Saint Johns MI 48879-0184 | Allied Interstate<br>7525 West Campus Road<br>New Albany OH 43054-1121 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | Americolllect Inc<br>P.O. Box 1566<br>Manitowoc WI 54221-1566 | Asset Acceptance LLC<br>P.O. Box 1630<br>Warren MI 48090-1630 |
| CACH LLC<br>6300 S. Syracuse Way #300<br>Centential CO 80111-6723 | CBCS<br>P.O. Box 2334<br>Columbus OH 43216-2334 | Capital Accounts<br>P.O. Box 140065<br>Nashville TN 37214-0065 |
| Certified Emergency Medicine S<br>P.O. Box 2184<br>Grand Rapids MI 49501-2184 | Certified Emergency Medicine S<br>P.O. Box 30516<br>Lansing MI 48909-8016 | Chase Receivables<br>1247 Broadway<br>Sonoma CA 95476-7503 |
| Cleveland County HealthCare<br>P.O. Box 96072<br>Charlotte NC 28296-0072 | Coasttocoast<br>101 Hodencamp Rd<br>Thousand Oaks CA 91360-5836 | Columbia St Marys<br>P.O. Box 78101<br>Milwaukee WI 53278-0101 |
| (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Credit Collection Services<br>725 Canton Street<br>Norwood MA 02062-2679 | Credit Collection Services<br>Two Wells Ave<br>Newton Center MA 02459-3246 |
| EOS CCA<br>P.O. Box 329<br>Norwell MA 02061-0329 | EOS CCA<br>P.O. Box 981008<br>Boston MA 02298-1008 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| FMS Inc<br>P.O. Box 707600<br>Tulsa OK 74170-7600 | Great Lakes Jaw Surgery P.C.<br>2017 Eastcastle SE<br>Grand Rapids MI 49508-8872 | Helvey & Associates Inc<br>1015 E Center Street<br>Warsaw IN 46580-3420 |

Kent County Prosecuting Atty
P.O. Box 6507
Grand Rapids MI 49516-6507

Metro Health Hospital
P.O. Box 917
Wyoming MI 49509-0917

Money Recovery Nationw
8155 Executive Ct Ste 10
Lansing MI 48917-7774


National Enterprise System
29125 Solon Road
Solon OH 44139-3442

Nationwide Cassel LLC
10255 W. Higgins Road
Suite 300
Rosemont, IL 60018-5620

Nationwide Cassels  Inc
3435 N. Cicero Ave
Chicago IL 60641-3782


Nationwide Credit Inc
4700 Vestal Parkway E
Vestal NY 13850-3770

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pinnacle Llc/resurgent
Po Box 10497
Greenville SC 29603-0497


Porfolio Recovery Associates L
P.O. Box 12903
Norfolk VA 23541-0903

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk VA 23502-4952

Professesional Recovery Serv
P.O. Box 1880
Voorhees NJ 08043-7880


RJM Acquisitions LLC
575 Underhill Blvd
Syosset NY 11791-3416

Rivertown Community Federal
Credit Union
c/o Charles J. Hiemstra
125 Ottawa NW, Suite 310
Grand Rapids, MI 49503-2873

Shelby Emergency Assocites
P.O. Box 550868
Jacksonville FL 32255-0868


Stellar Recovery, Inc
P.O. Box 48370
Jacksonville FL 32247-8370

Td Bank Usa/targetcred
Po Box 673
Minneapolis MN 55440-0673

The Huntington National Bank
PO Box 89424
Cleveland, OH 44101-6424


Tiburon Financial LLC
11510 Blondo St.
Suite 200
Omaha NE 68164-3846

Weber & Olcese
3250 West Big Beaver Road
Troy MI 48084-2902

Wright & Filippis Inc
1311 Reliable Parkway
Chicago IL 60686-0013


Brett N. Rodgers
99 Monroe Ave NW, Ste 601
Grand Rapids, MI 49503-2654

Delmy Ruth Orellana-Hernandez
323 Walter Street SE
Grand Rapids, MI 49548-3245

Ralph M. Reisinger
Reisinger Law Firm PLLC
4081 Cascade Road SE
Suite 600
Grand Rapids, MI 49546-2170


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Americollect Inc
1851 S Alverno Road
Manitowoc WI 54221

Credit Acceptance
25505 West Twelve Mile Road
Southfield MI 48034-8339

Elan Financial Service
Po Box 108
Saint Louis MO 63166

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital Accounts
Po Box 140065
Nashville TN 37214-0065

End of Label Matrix
Mailable recipients    53
Bypassed recipients     1
Total                  54